[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-12045

_____

D.C. Docket No. 6:13-cv-01439-ACC-GJK

MICHAEL FRANK BURGESS,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before ROSENBAUM and JULIE CARNES, Circuit Judges, and
SCHLESINGER,[*] District Judge.

ORDER:

_____

[*] Honorable Harvey E. Schlesinger, United States District Judge for the Middle District
of Florida, sitting by designation.

Petitioner-Appellant Michael Frank Burgess's April 14, 2016, letter to the Honorable Ed Carnes, which we construe as a motion for reconsideration of the Court's November 18, 2015, order granting in part and denying in part Burgess's motion for certificate of appealability, is **DENIED**.